

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2022

No. 04-22-00277-CR

Cody Lee **WISECARVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR210000038
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellee's brief is due on October 24, 2022. However, the appellee has filed a motion requesting a 45-day extension of time to file its appellee brief. The motion is GRANTED. The appellee's reply brief is due on or before December 8, 2022.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court